# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Walbridge Aldinger Company | ) | ASBCA Nos. 58294, 58681 |
| | ) | |
| Under Contract No. N69450-08-C-1271 | ) | |

APPEARANCE FOR THE APPELLANT:     Eric L. Nelson, Esq.
                                  Smith, Currie & Hancock LLP
                                  Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:   Ronald J. Borro, Esq.
                                  Navy Chief Trial Attorney
                                  Russell A. Shultis, Esq.
                                  Senior Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 22 June 2015

DIANA S. DICKINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58294, 58681, Appeals of Walbridge Aldinger Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals